IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LORRAINE T. WARD, et al.,** ) | |
| Plaintiffs, ) | |
| v. ) | **CIVIL ACTION NO. 06-0306-KD-C** |
| **L & A CONTRACTING COMPANY,** ) | |
| Defendant. ) | |

### ORDER

On August 2, 2007, Magistrate Judge William E. Cassady informed the court that this case had settled at the settlement conference, an agreement had been entered on the record, and that the parties should complete the settlement within thirty (30) days.  Accordingly, it is **ORDERED** that the above-styled case be **DISMISSED with prejudice** from the active docket of this court subject to the right of any party to reinstate the action within <u>thirty (30) days of the date of settlement, August 2, 2007,</u> should the settlement agreement not be consummated.

No other order shall be forthcoming from the court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party shall bear their own costs unless otherwise agreed by the parties.

**DONE** and **ORDERED** this the 6th day of August, 2007.

 s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**